IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>ONE PARCEL OF REAL PROPERTY<br>AND IMPROVEMENTS, LOCATED AT<br>1100 PEELER AVENUE, LAKELAND,<br>LANIER COUNTY, GEORGIA,<br>　　　　Defendant Property. | CASE NO.  7:06-CV-41 (HL) |

## WRIT OF ENTRY

TO:　UNITED STATES MARSHAL
　　　MIDDLE DISTRICT OF GEORGIA

The United States having filed a verified Complaint for Forfeiture in Rem against the defendant real property, whose legal description is:

> All that tract or parcel situate, lying and being in the City of Lakeland, County of Lanier, and being all of Lot No. 9, 10, and 11 of Block No. 52, as shown on the Roberts Survey of the South Georgia Land and Industrial Company's Subdivision of the City of Lakeland, Georgia.
>
> This being the same property conveyed from Simpson Farms, Inc., a Georgia corporation, to Betty Ann McBride by Warranty Deed dated February 27, 1998 and recorded March 5, 1998 in Deed Book 80, pages 19-20, in the Lanier County Superior Court records.

(hereinafter "Defendant Property").

The United States having not requested authority to seize Defendant Property at this time, but having stated that it will post notice of the Complaint for Forfeiture In Rem on Defendant Property and serve notice of this action and a copy of the Complaint on the owner of Defendant Property under 18 U.S.C. § 985(c)(1) and (3); and

The United States having requested that the Court issue a Writ of Entry as provided in 18 U.S.C. § 985(b)(2) and 18 U.S.C. § 983(j) authorizing it to enter Defendant Property, including any structures, for the purpose of conducting an inspection and inventory of Defendant Property and, as provided in 19 U.S.C. § 1606, to conduct an appraisal;

IT IS HEREBY ORDERED that the United States Marshals Service or its designee, is hereby authorized:

1. to enter Defendant Property, including any structures, on one or more occasions during the pendency of this in rem forfeiture action against Defendant Property, for the purpose of conducting an inspection and inventory and appraisal of Defendant Property;

2. to be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of Defendant Property pursuant to 19 U.S.C. § 1606, which appraisal may include, among other means, still and video photography;

3. to be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of Defendant Property, which inspection and inventory may include, among other means, still and video photography; and

4. to be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed in violation of a Court order and may be punished as a contempt, as a violation of 18 U.S.C. § 2232 prohibiting the impairment of in rem jurisdiction, or otherwise as provided by law.

SO ORDERED THIS 7th day of June, 2006.

<u>**s/    Hugh Lawson**</u>
UNITED STATES DISTRICT JUDGE